IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TYRONE DAVIS                                                              PETITIONER

v.                              Case No. 5:16-cv-00017-KGB

WENDY KELLEY, Director,
Arkansas Department of Correction                                         RESPONDENT

## JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged, that petitioner Tyrone Davis's petition for writ of *habeas corpus* be dismissed with prejudice.

It is so ordered this the 8th day of November 2017.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge